UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Kenneth Simmons

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

RYAN TARBY, Sheriff Huston, TAZEWELL COUNTY AND STATE UNIDENTIFIED, VILLAGE OF MACKINAW, GARY HARTZELL, MARK SKILES

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

JURY TRIAL

Case No. 06-1153
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

CONSTITUTIONAL VIOLATIONS, COMMON LAW CIVIL RIGHTS

II. Plaintiff, **Kenneth Simmons** resides at
**12836 Lopenzeller rd., Mackinaw, Taz.,**
street address — city — county
**IL., 61755, 309-359-5820**
state — zip code — telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, **Tarby, Sheriff AND COUNTY** ~~lives at~~, or its business is located at
**101 S. Capitol, Pekin, Taz.,**
street address — city — county
**IL., 61554.**
state — zip code

(if more than one defendant, provide the same information for each defendant below)

**HARTZELL & VILLAGE OF MACKINAW**
**100 E. FAST AVE, MACKINAW**
**IL. 61755**
**MARY SKILES  FAST AVE. MACKINAW**

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

SEE ATTACHED STATEMENT

V.  Relief: State briefly and exactly what you want the Court to do for you.

AN INJUNCTION PREVENTING FUTURE ACTIONS BY DEFENDANT, ORDER DEFENDANT TO PAY PUNITIVE AND COMPENSATORY DAMAGES DESCRIBED BELOW, ALL COURT COSTS, TOWING AND STORAGE OF TRUCK, FIND DEFENDANTS GUILTY OF ALL COUNTS, MONITOR DEFENDANTS IN FUTURE

VI. **MONEY DAMAGES:** ALL COSTS FOR CASE 04-CM-740 OBSTRUCTION + DISORDERLY

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]          NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$50,000.00 PER COUNT PUNITIVE, $50,000.00 PER COUNT COMPENSATORY FOR PAIN + SUFFERING, ALL COSTS INCLUDING TOWING, ETC.. BECAUSE DEFENDANTS ARE GUILTY

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ]          NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of JUNE, 2006

_____
Signature of Plaintiff(s)

4

## STATEMENT OF FACTS

COUNT 1. On 6-16-04 Tazewell County Deputy Ryan Tarby under color of state law and in his official and individual capacities, deprived Plaintiff of his liberty, **FOURTH AMENDMENT violation**, in that Defendant arrested Plaintiff without probable cause or warrant.

COUNT 2. On 6-16-04 Tazewell County Deputy Tarby under color of state law and in his official and individual capacities, seized Plaintiff's property, **FOURTH AMENDMENT violation**, in that Defendant seized Plaintiff's property without warrant or probable cause, a sign.

COUNT 3. On 6-16-06 Tazewell County Deputy Tarby under color of state law and in his official and individual capacities, seized Plaintiff's property, **FOURTH AMENDMENT violation**, in that Defendant seized a truck belonging to Plaintiff, without warrant or probable cause.

COUNT 4. Defendant Tarby under state of color law and in his official and individual capacities, violated Plaintiff's right to be free from charge for an infamous crime without probable cause, **FIFTH AMENDMENT violation.**

COUNT 5. On 6-16-04, Tazewell County Deputy Tarby under color of state law and in his official and individual capacities, falsely arrested Plaintiff, **COMMON LAW TORT violation.**

COUNT 6. Tazewell County Deputy Tarby under color of state law and in his official and individual capacities, maliciously prosecuted Plaintiff, **COMMON LAW TORT violation.**

COUNT 7. On 6-16-04 Mackinaw police Chief Hartzell under color of state law and in his official and individual capacities, deprived Plaintiff of his liberty, **FOURTH AMENDMENT violation**, in that Defendant arrested Plaintiff without probable cause or warrant.

COUNT 8. On 6-16-04 Defendant Hartzell under color of state law and in his official and individual capacities, seized Plaintiff's property, **FOURTH AMENDMENT violation**, in that Defendant seized Plaintiff's property without warrant or probable cause, a sign.

COUNT 9. On 6-16-04 Defendant Hartzell under color of state law and in his official and individual capacities, seized Plaintiff's property, **FOURTH AMENDMENT violation**, in that Defendant seized a truck belonging to Plaintiff without warrant or probable cause.

COUNT 10. On 6-16-04 Defendant Hartzell under color of state law and in his official and individual capacities, falsely arrested Plaintiff, **COMMON LAW TORT violation.**

COUNT 11. Defendant Hartzell under color of state law and in his official and individual capacities, maliciously prosecuted the Plaintiff, **COMMON LAW TORT violation.**

COUNT 12. Defendant Hartzell under the color of state law and in his official and individual capacities, violated Plaintiff's right to be free from charge for an infamous crime without probable cause, **FIFTH AMENDMENT violation.**

COUNT 13. The conduct of Deputy Tarby was committed in the scope of his employment for the County of Tazewell in the State of Illinois. The "County" is liable under the **COMMON LAW doctrine of respondeat superior. Further the County approved the actions and trained the Defendant Tarby.**

COUNT 14. The conduct of Defendant Hartzell was committed in the scope of his employment for the Village of Mackinaw in the State of Illinois. The "Village" is liable under the **COMMON LAW**

doctrine of respondeat superior. Further the Village approved the actions and trained the Defendant Hartzell.

COUNT 15. On 12-20-04 Defendant Sheriff Huston violated Plaintiff's, **EIGHTH AMENDMENT violation,** right to adequate medical care in that Defendant was deliberately indifferent to Plaintiff's serious medical needs. Further, Defendant is responsible for unidentified medical staff and correctional officers **EIGHTH AMENDMENT VIOLATIONS** under **COMMON LAW doctrine of respondeat superior. Further Defendant Huston trained the staff and approved thier actions.**

COUNT 16. Plaintiff reiterates his claims made in Count 15 again occured on 12-21-04

COUNT 17. Plaintiff reiterates his claim made in Counts 15 and 16 again occured on 12-22-04.

COUNT 18. Defendant Tazewell County under **COMMON LAW doctrine of respondeat superior** is responsible for the Defendant Huston and his staff's actions or inaction in Count 15.

COUNT 19. Defendant Tazewell County under **COMMON LAW doctrine of respondeat superior** is responsible for Defendant Huston and his staff's actions or inaction in Count 16.

COUNT 20. Defendant Tazewell County under **COMMON LAW doctrine of respondeat superior** is responsible for the Defendant Huston and his staff's actions or inaction in Count 17.

COUNT 21. Defendant Mark Skiles under the color of state law and in his official and individual capacities, seized Plaintiff's property, **FOURTH AMENDMENT violation,** in that Defendant seized Plaintiff's truck without warrant or probable cause.

COUNT 22. The conduct of Defendant Skiles was committed in the scope of his employment for the Village of Mackinaw. The " Village" is liable under the **COMMON LAW doctrine of respondeat superior. Further the village trained the Defendant and approved his actions.**

COUNT 23. The conduct of Defendant Skiles was committed in the scope of his employment for the Village of Mackinaw. Police Chief Hartzell is liable under the **COMMON LAW doctrine of respondeat superior as Chief of Police. Further Hartzell trained and approved Skiles actions.**