E-FILED
Thursday, 03 January, 2008  04:35:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| KENNETH SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-1153 |
| ) | |
| RYAN TARBY, GARY HARTZELL and ) | |
| MARK SKILES, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the court is Magistrate Judge Gorman's Report and Recommendation, entered on December 4, 2007 [Doc. 11], on Plaintiff's Motion for Summary Judgment [Docs. 77 and 94] and Defendants' Motion to Dismiss [Doc. 87]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Summary Judgment are DENIED [Docs. 77 and 94] and Defendants' Motion to Dismiss is DENIED [Doc. 87]. IT IS FURTHER ORDERED that Plaintiff file a more definite statement of his claim consistent with Federal Rule of Civil Procedure 12(e) within ten (10) days of the date of this Order. Plaintiff is reminded that

his Amended Complaint must include the items outlined in Rule 8(a).

Entered this  3rd  day of January, 2008

                                              s/ Joe B. McDade
                                              JOE BILLY McDADE
                                      United States District Judge