E-FILED
Friday, 09 April, 2010  02:57:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| KENNETH SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-cv-1153 |
| RYAN TARBY, et al., | ) |
| Defendants. | ) |

## O P I N I O N and O R D E R

Before the Court is the Motion for Entry of Rule 60(b)(5) Order filed by Defendants, Gary Hartzell and Mark Skiles, on March 30, 2010 (Doc. 225) and the Motion for Sanctions filed by Plaintiff, Kenneth Simmons, on April 1, 2010 (Doc. 226).  Both Motions are DENIED WITH PREJUDICE.

This Court previously denied an identical motion filed by Defendants.  The Court therefore construes the present motion as one for reconsideration and denies the same for the reasons set forth in this Court's previous Order (Doc. 224).  As indicated in this Court's previous Order, Defendants are welcome to file a Notice.  No Order is necessary or will be issued reflecting relief from judgment.  As to Plaintiff's Motion for Sanctions, it is also DENIED.

Entered this 9th day of April, 2010

                                                                       s/ Joe B. McDade
                                                                       JOE BILLY MCDADE
                                                   Senior United States District Judge